JOHN M. MCCOY, III, Cal. Bar No. 166244
E-mail: mccoyj@sec.gov
LORRAINE B. ECHAVARRIA, Cal. Bar No. 191860
E-mail: echavarrial@sec.gov                                    JS 6
CAROL LALLY, Cal. Bar No. 226392
E-mail: lallyc@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Rosalind R. Tyson, Regional Director
Michele Wein Layne, Associate Regional Director
5670 Wilshire Boulevard, 11th Floor
Los Angeles, California 90036
Telephone:   (323) 965-3998
Facsimile:   (323) 965-3908

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> LION GATE CAPITAL, INC., and KENNETH RICKEL, <br><br> Defendants. | Case No. CV 08-6574 DSF (MANx) <br><br> **FINAL JUDGMENT AS TO DEFENDANTS LION GATE CAPITAL, INC. AND KENNETH RICKEL** |

The Securities & Exchange Commission having filed a Complaint and Defendants Lion Gate Capital, Inc. ("Lion Gate") and Kenneth Rickel ("Rickel") (collectively, the "Defendants") having entered a general appearance; consented to the Court's jurisdiction over Defendants and the subject matter of this action; consented to entry of this Final Judgment without admitting or denying the allegation of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment:

## I.

It is HEREBY Ordered, Adjudged, and Decreed that Defendants and Defendants' agents, servants, employees, attorneys, and all person in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Rule 105 of Regulation M under the Securities Exchange Act of 1934, 17 C.F.R. § 242.105.

## II.

It is HEREBY Further Ordered, Adjudged, and Decreed that Defendants are jointly and severally liable with each other for disgorgement of $88,335, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $ 11,665, and a civil penalty in the amount of $50,000 pursuant to Section 21(d)(3) of the Exchange Act, 15 U.S.C. § 78u(d)(3), for a total of $150,000.  Defendant shall satisfy this obligation by paying $150,000 within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the Securities & Exchange Commission.  The payment shall be delivered or mailed to the Office of Financial Management, Securities & Exchange Commission, Operations Center, 6432 General Green Way, Mail Stop 0-3, Alexandria, Virginia 22312, and shall be accompanied by a letter identifying Lion Gate and Rickel as the defendants in this action; setting forth the title and civil

action number of this action and the name of this Court; and specifying that payment is made pursuant to this Final Judgment.  Defendant shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.  The Commission shall remit the funds paid pursuant to this paragraph to the United States Treasury.

## III.

It is HEREBY Further Ordered, Adjudged, and Decreed that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Defendants shall comply with all of the undertakings and agreements set forth herein.

## IV.

It is HEREBY Further Ordered, Adjudged, and Decreed that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

DATED: _____    9/24/09

_Dale S. Fischer_

_____
The Honorable Dale S. Fischer